

# **Memorandum**

| Subject | Date |
|---|---|
| UNSEALING | August 14, 2026 |
| USA V. LAW EH (8:26MJ366) | |

| To | From |
|---|---|
| Clerk, U.S. District Court<br>District Of Nebraska | Kelli L. Ceraolo, AUSA |

Be advised that the defendant is now in custody.   You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐       Unseal the Indictment and any underlying Magistrate Judge case.

☐       Unseal the Magistrate Judge Case

☐       Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☒       Unseal the Magistrate Judge Case but the underlying Complaint and Affidavit should

remain **Restricted**